| | |
|---|---|
| JANICE ANN KRAUSS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 2:15-CV-13-D** |
| CAROLYN W. COLVIN, Acting Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further administrative proceedings.

**This Judgment Filed and Entered on September 2, 2015, and Copies To:**

| | |
|---|---|
| Branch W. Vincent III | (via CM/ECF Notice of Electronic Filing) |
| Craig B. Ormson | (via CM/ECF Notice of Electronic Filing) |

| | |
|---|---|
| DATE: | JULIE RICHARDS JOHNSTON, CLERK |
| September 2, 2015 | (By) /s/ Crystal Jenkins |
| | Deputy Clerk |