IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:15-cv-00013-D

| | | |
|---|---|---|
| JANICE ANN KRAUSS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Having read and considered the Plaintiff's fee petition (Docket No. 30), and the Stipulation of Attorney Fees under 28 U.S.C. § 2412(d):

It is ORDERED that the Commissioner of Social Security pay the sum of $4,200 in attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and the sum of $400 as costs under 28 U.S.C. § 1920. Such payments should be sent to:

> Branch W. Vincent, III, Attorney for Plaintiff
> 8 Juniper Trail
> Southern Shores, NC 27949

Provided that the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Branch W. Vincent, III, and mailed to his office address above in accordance with Plaintiff's assignment to his attorney of her right to payment of attorney fees under EAJA.

This __11__ day of __October__, 2015.

James C. Dever III
United States Chief District Judge