UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| JANICE ANN KRAUSS, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, Acting Commissioner )<br>of Social Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 2:15-CV-13-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that if Plaintiff's counsel has been paid fees under a fee petition under 42 U.S.C. § 406(a), or if Plaintiff has filed or intends to file for fees under that section, then Plaintiff's counsel's request for fees under 42 U.S.C. § 406(b) is denied. However, if Plaintiff has not received fees under 42 U.S.C. § 406(a), and Plaintiff has not filed and does not intend to file for fees under that section, then Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $6,000, and will refund to Plaintiff the smaller award between this amount and the EAJA award. If an award is claimed from the Commissioner under 42 U.S.C. § 406(b) pursuant to this Order, then Plaintiff is restricted from filing for fees from the Commissioner pursuant to 42 U.S.C. § 406(a) now or at any time in the future.

**This Judgment Filed and Entered on October 24, 2016, and Copies To:**

Branch W. Vincent, III                                    (via CM/ECF Notice of Electronic Filing)

Mark J. Goldenberg                                        (via CM/ECF Notice of Electronic Filing)

DATE:                                          JULIE RICHARDS JOHNSTON, CLERK
October 24, 2016                        (By)  /s/ Crystal Jenkins
                                                              Deputy Clerk